# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| TOMMY NATHANIEL WHITE | ) Case No: 06-00086-001 |
| | ) USM No: 06777-003 |
| Date of Original Judgment: March 19, 2007 | ) |
| Date of Previous Amended Judgment: | ) Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___400___ months **is reduced to** ___360 months___ .

Except as otherwise provided, all provisions of the judgment dated ___March 19, 2007___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: ___January 20, 2012___          ___/s/ Callie V. S. Granade___
                                             *Judge's signature*

Effective Date: _____          ___United States District Judge___
*(if different from order date)*          *Printed name and title*